

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SKW/MAA | *271 Cadman Plaza East* |
| F. #2015R02002 | *Brooklyn, New York 11201* |

May 17, 2024

By ECF and Email

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Fawaz Ould Ahmed Ould Ahemeid
>           Criminal Docket No. 20-502 (BMC)

Dear Judge Cogan:

The government hereby notifies the Court of its filing earlier today, via the Classified Information Security Officer, of a classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material.

A copy of the motion's cover page, with markings removed, is enclosed.

Respectfully,

BREON PEACE
United States Attorney

By:      /s/
Sara K. Winik
Meredith A. Arfa
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc:    Clerk of the Court (BMC) (by ECF and Email)
         Defense Counsel of Record (by ECF)