DMP:SKW/MAA
F. #2015R02002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FAWAZ OULD AHMED OULD
AHEMEID,
    also known as "Ibrahim Idress" and
    "Ibrahim Dix,"

                           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Filed with Classified
Information Security Officer

CISO _____

Date _____5/17/24_____

**FILED EX PARTE,
IN CAMERA AND UNDER SEAL**

20-CR-502 (BMC)

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED
EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO
SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

BREON PEACE
United States Attorney
Eastern District of New York

Sara K. Winik
Meredith A. Arfa
Assistant U.S. Attorneys
Eastern District of New York