**UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601
(914) 390-4145

CHAMBERS OF
**HON. KENNETH M. KARAS**

November 14, 2022

Richard E. Burns
Chief, Capital Case Section
1331 F St., NW, Rm. 649
Washington, DC 20004

Re: Deauthorization Request in *U.S. v. Tartaglione*, No. 7:16-cr-00832

Mr. Richard Burns:

This letter is regarding capital case 7:16-cr-00832, *U.S. v. Tartaglione*, currently pending in the Southern District of New York. On or about May 23, 2022, Nicholas Tartaglione submitted a request to withdraw the notice of intention to seek the death penalty, pursuant to U.S. Department of Justice Manual § 9-10.160(B).

As I am sure you are aware, this case has been pending since 2016 and is set for trial on March 13, 2023. The Court also currently has before it a Defense motion requesting that the Court impose a December 1, 2022 deadline for the Government to make its decision as to whether to withdraw the notice of intention.

The Court is mindful of the many considerations that are involved in deciding whether to pursue a death penalty case. However, in the interest of managing this litigation and securing a just and speedy outcome with limited judicial resources, the Court is respectfully inquiring as to when a decision will be made regarding whether the Government will continue to seek the death penalty against the Defendant. Any time and consideration given this request is greatly appreciated.

Sincerely,

JUDGE KENNETH M. KARAS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK