Page 1 of  2

## CRIMINAL MINUTE ORDER (Trial Group X)

**BEFORE JUDGE**: BROWN, USDJ                    **DATE:** 7/14/2023          (1 hour)
**DOCKET No.  CR- 16-403**

**DEFENDANT:**      Alexi Saenz     **DEF. #11**
Present in custody

**FILED**
**CLERK**

5:09 pm, Jul 14, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENSE COUNSEL:**, Natali J. H. Todd,  , Peter Williams
CJA Appointment

**DEFENDANT:**       **Jairo Saenz**     **DEF. #12**
**Not Present**

**DEFENSE COUNSEL: Jacqueline K Walsh, Monica Foster**
**CJA Appointment**

**A.U.S.A.**:        Paul Scotti, Megan Farrell, Justina Geraci
INTERPRETER:   [Maya Gray] -- [Spanish]   sworn
PROBATION OFFICER/PRETRIAL:  _Choose an item.
COURT REPORTER/FTR LOG:  Fred Guerino          MAGISTRATE DEPUTY: KM

☐      Allocution
☐      Arraignment                                      ☐      Revocation of Probation
☐      Change of Plea Hearing (~*Util-Plea Entered*)    ☐      Initial Appearance
☐      Revocation of Supervised Release evidentiary     ☐      Revocation of Supervised Release non-
☒      Status  Conference                                      evidentiary
☐      Detention hearing                                ☐      Bond hearing
☐      Motion Hearing Non Evidentiary                   ☐      Plea Agreement Hearing
☐      Video Conference
☐      Other Evidentiary Hearing Contested    TYPE OF HEARING_____

**SHOULD THIS CALENDAR BE SEALED?**    ☐      YES      ☒      NO

**Do these minutes contain ruling(s) on motion(s)**?        ☐      YES          ☒      NO
        Motion(s) Type and Document # of Motion Ruled On:

☒      Case called.
☒      Counsel for all sides present.
☐      Defendant is informed of his/her rights.
☐      Defendants arraigned

☐Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

☐      Defendants waive public reading.

☐      Defendants enter a plea of not guilty to the  Choose an item.

☒      Set Status Conference for   10/6/2023 at 11:00. in-person

☒      Motion to exclude time through 10/6/2023 .  Motion granted, order entered on the record that the time until is excluded under the Speedy Trial Act because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.18 U.S.C. § 316l{h)(7)(A).  The case was also previously declared a complex case.

.

      EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
      PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 7/14/2023
      PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  10/6/2023
      *Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

☐      Motion for  Choose an item., argument heard.

☐      Choose an item.:

      ☐    Ruling:

           ☐    Order setting conditions of bond executed.

           ☐    Detention Order executed.

               ☐    Permanent.

               ☐    Temporary: Hearing set for Click or tap to enter a date.

☐      Defendant Choose an item.

☐      Medical Evaluation Order entered.

☐      Motion schedule set:

☐      Hearing held.

      ☐    Witness(es) sworn, testimony heard.      ☐    Exhibits entered.

      ☐    Hearing Continued to:      ☐    Hearing Concluded.

      ☐    Ruling on the record.      ☐    Decision Reserved.

☐      Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.

☒      OTHER:  Deauthorization application being reviewed by the EDNY. Jury selection and trial set to begin on 1/8/2024 at 9:30 a.m.. The Court directs a response from the DOJ on deauthorization on or before 10/5/2023. Defendants request for a 30 day extension of the motion schedule is granted. .

☒      Defendants continued:  ☒  in custody    ☐  on bond