**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW/MAA                            *271 Cadman Plaza East*
F. #2015R02002                     *Brooklyn, New York 11201*

October 7, 2024

By ECF and Email

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Fawaz Ould Ahmed Ould Ahemeid
              Criminal Docket No. 20-502 (BMC)

Dear Judge Cogan:

        The government hereby notifies the Court of its filing on October 2, 2024, via hand delivery to Your Honor's law clerk with requisite security clearances, of a classified supplement to its pending motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1).

        Respectfully,

        BREON PEACE
        United States Attorney

By:           /s/
        Sara K. Winik
        Meredith A. Arfa
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF and Email)
       Defense Counsel of Record (by ECF)