

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW/MAA
F. #2015R02002

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 7, 2024

By ECF and Email

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Fawaz Ould Ahmed Ould Ahemeid
       Criminal Docket No. 20-502 (BMC)

Dear Judge Cogan:

    Enclosed please find the government's proposed protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1).  Given the contents, the proposed protective order is being filed ex parte and under seal.

        Respectfully,

        BREON PEACE
        United States Attorney

    By:     /s/
        Sara K. Winik
        Meredith A. Arfa
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosure (Under Seal)

cc:  Clerk of the Court (BMC) (by ECF and Email)
    Defense Counsel of Record (by ECF) (Without Enclosure)