# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

October 30, 2024

By ECF
The Honorable Brian M. Cogan
District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Fawaz Ould Ahemeid, 20-cr-502 (BMC)

Dear Judge Cogan:

In accordance with the CIPA 3 Protective Order dated October 30, 2024, we write to enclose Memoranda of Understanding signed by cleared members of the defense team.

Respectfully Submitted,
/s/

Samuel Jacobson
Kyla Wells
Anthony Cecutti
Kestine Thiele
*Counsel to Mr. Ahemeid*