DMP:SKW/MAA
F. #2015R02002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

FAWAZ OULD AHMED OULD
AHEMEID,
    also known as "Ibrahim Idress" and
    "Ibrahim Dix,"
                Defendant.

20-CR-502 (BMC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MEMORANDUM OF UNDERSTANDING

1.    Having familiarized myself with the applicable laws, I understand that I may be the future recipient of information and documents (a) that pertain to the national security of the United States, (b) which are the property of the United States, and (c) which, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2.    I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, by the Protective Order Regarding Classified Information issued in the above-captioned case, or as otherwise ordered by this Court.

1

3.      I understand that this agreement will remain binding upon me after the conclusion of trial or guilty plea in <u>United States v. Fawaz Ould Ahmed Ould Ahemeid</u>, Criminal Docket No. 20-502 (BMC), and any subsequent related proceedings including the appellate process.

4.      I have received, read and understand the Protective Order Regarding Classified Information entered by the United States District Court for the Eastern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

October 29            , 2024

Samuel I. Jacobson
Witness Name

Witness Signature

2

DMP:SKW/MAA
F. #2015R02002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                          20-CR-502 (BMC)

        - against -

FAWAZ OULD AHMED OULD
AHEMEID,
        also known as "Ibrahim Idress" and
        "Ibrahim Dix,"
                                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X


## MEMORANDUM OF UNDERSTANDING

1.      Having familiarized myself with the applicable laws, I understand that I may be the future recipient of information and documents (a) that pertain to the national security of the United States, (b) which are the property of the United States, and (c) which, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2.      I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, by the Protective Order Regarding Classified Information issued in the above-captioned case, or as otherwise ordered by this Court.

1

3.      I understand that this agreement will remain binding upon me after the conclusion of trial or guilty plea in United States v. Fawaz Ould Ahmed Ould Ahemeid, Criminal Docket No. 20-502 (BMC), and any subsequent related proceedings including the appellate process.

4.      I have received, read and understand the Protective Order Regarding Classified Information entered by the United States District Court for the Eastern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____October 30_____ , 2024

_____Kestine M. Thiele_____
Witness Name

_____Kestine Thiele_____
Witness Signature

2

DMP:SKW/MAA
F. #2015R02002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- ------------------------------------------ X

UNITED STATES OF AMERICA            20-CR-502 (BMC)

    - against -

FAWAZ OULD AHMED OULD
AHEMEID,
    also known as "Ibrahim Idress" and
    "Ibrahim Dix,"
                  Defendant.

- ------------------------------------------ X

## MEMORANDUM OF UNDERSTANDING

1.      Having familiarized myself with the applicable laws, I understand that I may be the future recipient of information and documents (a) that pertain to the national security of the United States, (b) which are the property of the United States, and (c) which, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2.      I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, by the Protective Order Regarding Classified Information issued in the above-captioned case, or as otherwise ordered by this Court.

1

3.      I understand that this agreement will remain binding upon me after the conclusion of trial or guilty plea in United States v. Fawaz Ould Ahmed Ould Ahemeid, Criminal Docket No. 20-502 (BMC), and any subsequent related proceedings including the appellate process.

4.      I have received, read and understand the Protective Order Regarding Classified Information entered by the United States District Court for the Eastern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____October 29_____, 2024

Anna E. Finkel
Witness Name

Witness Signature

2

DMP:SKW/MAA
F. #2015R02002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    20-CR-502 (BMC)

   - against -

FAWAZ OULD AHMED OULD
AHEMEID,
   also known as "Ibrahim Idress" and
   "Ibrahim Dix,"
               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MEMORANDUM OF UNDERSTANDING

1.     Having familiarized myself with the applicable laws, I understand that I may be the future recipient of information and documents (a) that pertain to the national security of the United States, (b) which are the property of the United States, and (c) which, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2.     I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, by the Protective Order Regarding Classified Information issued in the above-captioned case, or as otherwise ordered by this Court.

1

3.      I understand that this agreement will remain binding upon me after the conclusion of trial or guilty plea in <u>United States v. Fawaz Ould Ahmed Ould Ahemeid</u>, Criminal Docket No. 20-502 (BMC), and any subsequent related proceedings including the appellate process.

4.      I have received, read and understand the Protective Order Regarding Classified Information entered by the United States District Court for the Eastern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____

Oct. 30th _____, 2024

2