

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW/MAA
F. #2015R02002

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 25, 2024

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Fawaz Ould Ahmed Ould Ahemeid
>        <u>Criminal No. 20-502 (BMC) (RML)</u>

Dear Judge Cogan:

The government respectfully submits this letter to inform the Court that the Attorney General has authorized and directed the government not to seek the death penalty against Fawaz Ould Ahmed Ould Ahemeid in the above-captioned matter.

Respectfully Submitted,

BREON PEACE
United States Attorney

By:         /s/
          Sara K. Winik
          Meredith A. Arfa
          Assistant U.S. Attorneys
          (718) 254-7000

cc:    Counsel of record for the defendant (by ECF)