LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 · FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                         http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                michael@mbachlaw.com

January 9, 2025

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re: United States v. Fawaz Ould Ahmed Ould Ahemeid,**
> **20 Cr. 502 (BMC)**

Dear Judge Cogan:

Pursuant to my recent appointment as defense counsel in the above-referenced matter, attached please find signed copies of the March 6, 2023 Protective Order (Doc. No. 24) and a signed Memorandum of Understanding related to the October 30, 2024 Stipulation and Protective Order Regarding Classified Information (Doc. No. 82).

Yours sincerely,

/s/ Michael K. Bachrach

Michael K. Bachrach
*Attorney for Defendant Fawaz Ahemeid*

Attachments