LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                          http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                michael@mbachlaw.com

May 16, 2025

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Fawaz Ould Ahmed Ould Ahemeid,
20 Cr. 502 (BMC) (RML)**

Dear Judge Cogan:

The defense writes to briefly respond to the Government's letter-motion, dated, May 16, 2025 (Doc. No. 122), which seeks an extension of time in which to respond to Defendant's motion for preauthorization discovery (Doc. No. 120). The Government somewhat misstates Defendant's position. To clarify, the defense is willing to consent to the Government request for an extension of time provided that a reciprocal extension is granted of Defendant's June 2, 2025 deadline for our mitigation submission, and June 9, 2025 in-person meeting with the Attorney General Capital Review Committee. Through its motion, however, the Government has declined our request for reciprocity. We defer to the Court on how best to proceed.

As always, the defense remains willing to consent to any extension of time requested by the Government so long as reciprocal extensions are likewise granted.

Respectfully submitted,

Michael K. Bachrach
Anthony Cecutti
Kestine Thiele

*Attorneys for Defendant
Fawaz Ould Ahmed Ould Ahemeid*

cc:    All parties of record (by ECF)