LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                    http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                          michael@mbachlaw.com

September 22, 2025

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Fawaz Ould Ahmed Ould Ahemeid,**
**20 Cr. 502 (BMC)**

Dear Judge Cogan:

        We write to request a one-week extension of time to file Defendant's reply-memorandum in support of his motion to dismiss Counts Two and Three. Defendant's motion (Doc. 135) was filed on July 21, 2025, and the Government's response (Doc. No. 138), after a brief extension of their own, was filed on September 5, 2025. Defendant's reply-memorandum is due this Friday, September 26, 2025, and we ask for an extension to next Friday, October 3, 2025.

        Additionally, so that the next status conference may take place after the filing of Defendant's reply-memorandum, we also ask that the Court reschedule the status conference, presently scheduled for Monday, September 29, 2025, to the following Monday, October 6, 2025, or anytime in the week of October 20, 2025, or October 27, 2025, or any date thereafter that is convenient to the Court and all parties.

        An extension of time is needed so that I have sufficient time to draft the reply, which I will be unable to complete in a timely fashion due to Rosh Hoshana as well as commitments to other cases, including upcoming filing deadlines in United States v. Lanni, 23 Cr. 443 (FB) (EDNY) (reply in support of pretrial motions due September 24, 2025, in case with an upcoming trial), and United States v. Mustafa, 24-1341 (2d Cir.) (reply brief on appeal due September 30, 2025).

        I have emailed with Assistant United States Attorney Sara Winik who has informed me that the Government has no objection to the instant application.

        Accordingly, Defendant Fawaz Ahemeid, by and through counsel, respectfully requests that the deadline for filing Defendant's reply-memorandum in support of his motion to dismiss be extended to October 3, 2025, and that the September 29, 2025, status conference be adjourned to a date convenient the Court and to all parties.

The Honorable Brian M. Cogan
September 22, 2025
Page 2 of 2

Respectfully submitted,

/S/
Michael K. Bachrach
Anthony Cecutti
Kestine Thiele

*Attorneys for Defendant*
*Fawaz Ould Ahmed Ould Ahemeid*

cc:      All parties of record (by ECF)