## Judicial Conference of the United States
## Committee on Defender Services

**Chair**
Cathy Seibel

**Telephone:** (914) 390-4271
**Fax:** (914) 390-4278

**Members**
Ada Brown
Denise Casper
Sara Ellis
Jeffery S. Frensley
Yvonne Gonzalez Rogers
Steven D. Grimberg
Andre Mathis
Randolph D. Moss
Esther Salas
Robert J. Shelby
Daniel Traynor
Paula Xinis

May 5, 2025

MEMORANDUM

To:      Judges, United States Courts of Appeals
Judges, United States District Courts
Circuit Executives
Federal Public/Community Defenders
District Court Executives
Clerks, United States Courts of Appeals
Clerks, United States District Courts
Senior Staff Attorneys

From:    Judge Cathy Seibel, Chair
Judicial Conference Committee on Defender Services

RE:      INTERRUPTION OF CJA VOUCHER PAYMENTS DURING JUDICIARY INTEGRATED FINANCIAL MANAGEMENT SYSTEM UPGRADE AND ANTICIPATED END-OF-FISCAL-YEAR PAYMENT DEFERRAL DUE TO FY 2025 FUNDING SHORTFALL **(IMPORTANT INFORMATION)**

      I am writing to provide important information regarding two events that will, over the coming months, affect voucher payments to appointed counsel and their service providers under the Criminal Justice Act, 18 U.S.C. § 3006A ("CJA"). First, beginning Wednesday, June 11, 2025, the Administrative Office (AO) will upgrade the Judiciary Integrated Financial Management System (JIFMS), the judiciary's accounting and payment system. The system will remain offline through Thursday, June 26, 2025 (11 workdays) while software is updated and data is verified for quality. eVoucher payments

## Exhibit A

Interruption of CJA Voucher Payments During Judiciary Integrated Financial    Page 2
Management System Upgrade and Anticipated End-of-Fiscal-Year Payment
Deferral Due to FY 2025 Funding Shortfall

must be certified by **Thursday, June 5, 2025, at 1:59 AM Eastern Time** to be included in the final pre-downtime disbursement on Friday, June 6.

During JIFMS downtime, the eVoucher system will remain open and **vouchers should be submitted and processed as usual**. eVoucher payments certified after the June 5 deadline will be held in a queue and uploaded to JIFMS after the upgrade is complete. Access to JIFMS will resume on June 27, 2025, and queued eVoucher payments will be processed sequentially by July 4, 2025. Please refer to the JIFMS Upgrade Downtime Guidance and the JIFMS JNet page for further details and updates on the upgrade process.

Second, to address the fiscal year (FY) 2025 funding shortfall resulting from the Full-Year Continuing Appropriations and Extensions Act, 2025 (Pub. L. No. 119-4), passed by Congress on March 15, 2025, the Executive Committee approved a FY 2025 financial plan that anticipates the need to defer payments to CJA Panel members and providers for an estimated 49 business days, beginning approximately July 23, 2025, just three weeks after the resumption of JIFMS activity.

Given the JIFMS downtime and the anticipated deferral of panel attorney payments, I encourage those involved in CJA voucher processing to work diligently to meet the June 5 deadline. I also ask that you continue to process vouchers during the JIFMS downtime so that queued payments may be disbursed when JIFMS resumes activity on June 27, 2025.

Judicial Conference policies regarding the review and approval of CJA vouchers are set forth in the *Guide to Judiciary Policy* (*Guide*), Volume 7A. They include, for example:

- Absent extraordinary circumstances, judges should act upon panel attorney compensation claims within 30 days of submission. *Guide*, Vol. 7A, Ch. 2, § 230.13(b).

- Courts and presiding judges or their delegates should allow interim payments to CJA counsel and service providers in representations exceeding 90 days in duration or $4,000 in accrued compensation and expense claims and in all capital cases. *Id*. §§ 230.63.50, 230.73, 310.60, 630.40, 660.40.

- Voucher reductions should be limited to mathematical errors; instances in which work billed was not compensable; instances in which work billed was not undertaken or completed; and instances in which the hours billed are

**Exhibit A**

Interruption of CJA Voucher Payments During Judiciary Integrated Financial        Page 3
Management System Upgrade and Anticipated End-of-Fiscal-Year Payment
Deferral Due to FY 2025 Funding Shortfall

clearly in excess of what was reasonably required to complete the task.  *Id.* § 230.33.10. (An informational video is available on the JNet:  Criminal Justice Act Voucher Review Standard (video).)

Notably, the *Guide* also reflects Judicial Conference policy regarding the impact of an appropriation shortfall on CJA voucher review.  It states:

**§ 230.33.20 Impact of an Appropriation Shortfall on Voucher Review**

Vouchers should not be delayed or reduced for the purpose of diminishing Defender Services program costs in response to adverse financial circumstances.

*Id.* § 230.33.20.  Accordingly, judicial officers or their delegates should not seek to address the shortfall in the Defender Services account by reducing individual CJA vouchers.

Payments to CJA panel attorneys and their service providers are made from a national, centrally held Defender Services account, separate from amounts appropriated for circuit and district court operations.  Because circuits and districts do not receive allocations of funds for CJA panel attorney representations, payments denied on CJA vouchers cannot be redirected to court operations.  The Defender Services account is closely monitored by the AO, and robust budgeting and auditing functions ensure responsible stewardship of appropriated funds.

Providing fair compensation to appointed counsel is mandated by the CJA and is a critical component of the administration of justice in our federal courts.  Thank you for your cooperation and compliance with these policies to help ensure the continued availability of highly qualified CJA counsel.

If you have any questions regarding the review and approval of CJA vouchers, please contact the AO's Defender Services Office, Legal and Policy Division at (202) 502-3030 or dso_lpd@ao.uscourts.gov.

cc:    CJA Circuit Case Budgeting Attorneys
       CJA Panel Attorney District Representatives

**Exhibit A**