

## ADMINISTRATIVE OFFICE OF THE
## UNITED STATES COURTS

HONORABLE ROBERT J. CONRAD, JR.
Director

WASHINGTON, D.C. 20544

October 24, 2025

MEMORANDUM

To:  All United States Judges
    Circuit Executives
    Federal Public/Community Defenders
    District Court Executives
    Clerks, United States Courts
    Chief Probation Officers
    Chief Pretrial Services Officers
    Senior Staff Attorneys
    Circuit Librarians
    Chief Circuit Mediators
    Bankruptcy Administrators

From:  Judge Robert J. Conrad, Jr.
    Director

RE:  UPDATE ON PHASE 2 OF THE LAPSE IN APPROPRIATIONS
    **(IMPORTANT INFORMATION)**

This memorandum provides an update on the ongoing lapse in appropriations, including the status of congressional actions on fiscal year 2026 funding, the Administrative Office's (AO's) operational posture, and pay for judges and Judiciary staff.

**Appropriations Status**

The government-wide lapse in appropriations continues, and it is unclear at this time when the funding impasse will be resolved. The Senate has voted numerous times to pass a continuing resolution; however, none of the votes achieved the necessary numbers required to overcome a filibuster.

**AO Operational Status**

Since the Judiciary is in Phase 2 of the lapse, the AO has reduced operations to perform only excepted activities to avoid violations of the Antideficiency Act. All AO personnel who perform non-excepted work have been placed in furlough status. AO staff may be recalled from furlough status to perform excepted activities as mission requirements dictate. Excepted

---

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY
## Exhibit C

activities for the AO are limited to those necessary to protect life and property or to support constitutional functions of the Judiciary.  This approach complies with the Antideficiency Act while maintaining the AO's ability to respond to critical operational needs.

During this period, you should expect delayed responses to non-emergency inquiries. Most AO staff have activated out-of-office notifications on their email and voicemail ~~systems~~. Main telephone lines will continue to be monitored for emergency situations requiring immediate attention.  For urgent matters that cannot wait for normal operations to resume, if you cannot reach the appropriate AO staff member, please contact the Chief of Staff for the related AO department or executive office.

Department of Administrative Services:  Kevin Lee, 202-502-2176

Department of Program Services:  Neal Allen, 202-502-1450

Department of Technology Services:  Elena Simms, 202-502-2142

Executive Offices:  Brian Lynch, 202-502-1405

We appreciate your patience and understanding as we navigate this challenging situation while maintaining critical services to the Judiciary.

**Judiciary Payroll**

Judges will receive their October paycheck as scheduled on pay date October 31, 2025.

All biweekly Judiciary employees will receive their paycheck for the pay period ending October 19, 2025, on pay date October 24, 2025.  This will be the last paycheck issued to Judiciary staff until this lapse in appropriations concludes and an appropriation is enacted.

We recognize the uncertainty and hardship this ongoing situation creates for judges and all Judiciary staff.  We will keep you informed as circumstances evolve and new information becomes available.

cc:     Honorable Robert M. Dow, Jr., Counselor to the Chief Justice
        Honorable Robin Rosenberg, Director, Federal Judicial Center
        Mr. Kenneth P. Cohen, Staff Director, U.S. Sentencing Commission

**Exhibit C**