

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MAA
F. #2015R02002

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 19, 2026

By ECF and Email

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Fawaz Ould Ahmed Ould Ahemeid
                Criminal Docket No. 20-502 (BMC)

Dear Judge Cogan:

        The government hereby notifies the Court of its filing today, via the Classified Information Security Officer, of a classified *ex parte* submission.

        Respectfully,

        JOSEPH NOCELLA, JR.
        United States Attorney

    By:       /s/
        Sara K. Winik
        Meredith A. Arfa
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (BMC) (by ECF and Email)
       Defense Counsel of Record (by ECF)