## US v. Ahemeid - CCS

From:  Winik, Sara (USANYE) (sara.winik█████████)

To:   mbach2000█████████   anthonycecutti█████████

Cc:   Meredith.Arfa█████████

Date:  Thursday, March 20, 2025 at 11:27 AM EDT

Anthony and Michael:

I hope you are both well.  We received notice yesterday that the Department of Justice's Capital Case Section (CCS) is reviewing the no-seek decision in <u>US v. Ahemeid</u>.  The CCS has requested that we coordinate with you to propose a date approximately 90 days from today for the parties each (separately) to present to the CCS.  If you would like to make a written submission to the CCS, the CCS has instructed that you should submit the submission to EDNY no less than one week before the CCS meeting, which we will then forward to the CCS.  You can attend the meeting in person or via Web-Ex, whichever you prefer.

Meredith and I can be available the last two weeks of June. Is there a date those weeks that work for you?

Thank you,
Sara

**Sara K. Winik**
Assistant United States Attorney
U.S. Attorney's Office for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201
Desk: █████████

**Exhibit B**