LAW OFFICE OF

# MICHAEL K. BACHRACH

224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *                                                    http://www.mbachlaw.com
* admitted in N.Y., MN and D.C.                                          michael@mbachlaw.com

June 8, 2026

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Fawaz Ould Ahmed Ould Ahemeid,**
**20 Cr. 502 (BMC)**

Dear Judge Cogan:

This case is scheduled for a status conference this coming Monday, June 15, 2026, at 10:00 a.m.  The defense writes to respectfully request that the status conference be canceled or postponed to a future date convenient to the Court and all parties, as there are no issues that either party intends to raise on Monday.

I have emailed with Assistant United States Attorney Sara Winik who has informed me that the Government has no objection to the instant application.  The defense notes that although this case has already been designated a complex case for Speedy Trial Act purposes, the defense nonetheless consents to an exclusion of time under the Speedy Trial Act until the next status conference.

Finally, in setting a new date the undersigned requests that this Court avoid setting an in-person conference for August 3, 2026, through September 7, 2026, as I will be working remotely from Illinois during that time.  The Government has no objection to this request as well.

Respectfully submitted,

/S/

Michael K. Bachrach
Anthony Cecutti
Kestine Thiele
*Attorneys for Defendant*
*Fawaz Ould Ahmed Ould Ahemeid*

cc:      All parties of record (by ECF)